SEAN D. REYES, Attorney General (# 7969)
SPENCER E. AUSTIN, Chief Criminal Deputy Attorney General (#150)
J. MICHAEL HANSEN, Assistant Attorney General (#1339)
LYNDA L. VITI, Assistant Attorney General (#16598)
Attorneys for the State of Utah
Office of the Attorney General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
Telephone: (801) 366-0353
spenceraustin@agutah.gov
jmhansen@agutah.gov
lviti@agutah.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA ex rel. Reginald Williams, Plaintiff, vs. Robyn Williams, et al., Defendants. | NOTIFICATION OF APPEARANCE OF COUNSEL<br><br>Case No. 2:15-cv-00054-RJS<br><br>Judge Robert J. Shelby |
|---|---|

SPENCER E. AUSTIN, Chief Criminal Deputy, hereby enters his appearance of counsel on behalf of the Utah Attorney General's Office and its employees named in the complaints, and requests that copies of all pleadings hereinafter filed in the above-referenced matter be served upon the undersigned.

DATED this 9th day of March, 2020

SEAN D. REYES
Utah Attorney General

/s/ *Spencer E. Austin*
SPENCER E. AUSTIN
J. MICHAEL HANSEN
LYNDA L. VITI

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2020, I electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Court by using CM/ECF System which electronically served the following:

Sandra L. Steinvoort
Joel A. Ferre
OFFICE OF THE UNITED STATES ATTORNEY
111 South Main Street, Suite #1800
Salt Lake City, Utah 84111

/s/ Rosie McDonough
Rosie McDonough
Legal Assistant III